IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Bank of America, NA, )
 )
    Plaintiff, )
 )
v. ) Case No. 5:19-cv-00215
 )
Mona L. Wilson, *et al.*, )
 )
    Defendants. )
 )

## ORDER GRANTING AGREED MOTION TO REMAND CASE TO STATE COURT

The United States of America, through counsel submitted an unopposed request that this Court remand this action to the Circuit Court of Brooke County, West Virginia.

Upon thorough consideration and for good cause shown, said motion is hereby **GRANTED**. It is accordingly

**ORDERED** that this case is hereby remanded to the jurisdiction of the Circuit Court of Brooke County, West Virginia. It is further

**ORDERED** that counsel for the United States of America shall serve a copy of this order upon the Circuit Court of Brooke County, West Virginia and all counsel of record.

Dated: **7-16-2019**

United States District Judge